UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Robert Olivier, et al.,

                    Plaintiffs,                          22-cv-2864 (LAK)(RWL)

v.

Jennifer L. Blank,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-10-22

## ORDER

On May 4, 2022 plaintiff's counsel submitted a letter informing Magistrate Judge Lehrburger that the parties have reached a settlement in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before June 10, 2022, if the settlement has not been consummated by then.

SO ORDERED.

Dated:      May 10, 2022

Lewis A. Kaplan
United States District Judge